**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., | No. 20-cv-07273 |
| Plaintiff, | |
| | Judge Franklin U. Valderrama |
| v. | |
| | Magistrate Judge Beth W. Jantz |
| VODIU CLOTH STORE, et al., | |
| Defendants. | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Entertainment One UK Ltd. ("eOne" or "Plaintiff") against the fully interactive e-commerce stores[1] operating under the seller aliases identified on Schedule A to the Complaint and attached hereto (collectively, the "Seller Aliases"), and eOne having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by eOne a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

eOne having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1]The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants based on Plaintiff's unrebutted assertions that Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products bearing unauthorized copies of the Peppa Pig Copyrighted Designs (including U.S. Copyright Registration Nos. VA 1-329-059, VA 1-329-056, VA 1-329-058, and VA1-329-057) and/or using infringing and counterfeit versions of the PEPPA PIG Trademarks (such products collectively referred to herein as the "Unauthorized Peppa Pig Products") to residents of Illinois. A list of the PEPPA PIG Trademarks is included in the below chart.

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 3,663,706 | PEPPA PIG | Aug. 4, 2009 | For: Computer game software and programs; DVDs, multi-media software, all featuring pre-school aged children's educational and entertainment matter, games, music, images, and animated cartoons; sunglasses in class 009; <br><br> For: Printed publications, namely, books, booklets, drawing and coloring books, magazines, activity books, all in the field of pre-school aged children's education and entertainment; stationery, notebooks and writing pads, calendars, pens, pencils and crayons, pen and pencil |

| | | | |
|---|---|---|---|
| | | | cases; arts and craft finger paint kits; modeling compounds; re-usable and air-drying compounds for modeling; printed instructional and teaching material in the field of pre-school aged children's education and entertainment; printed paper napkins; printed paper tablecloths and printed paper mats; printed stickers and iron-on and plastic transfers; printed postcards and printed greetings cards in class 016.<br><br>For: Clothing and headgear, namely, shirts, pants, sweaters, jackets, coats, shorts, t-shirts, sweatshirts, sweatpants, undershirts, underwear, socks, pajamas, caps, hats, scarves, gloves; footwear, namely, shoes, slippers, and athletic shoes in class 025.<br><br>For: Games, travel games, handheld games, tabletop games, activity games, and playthings, namely, board games, role playing games, chess games, card games, yo-yos, action skill games, dice games, hand held games with liquid crystal displays; electronic and non-electronic puzzles and puzzle games, hand-held, tabletop, and travel-size jigsaw puzzles; balloons; playground balls for games; dolls and toys, namely, articulated and non-articulated dolls, toy figures, modeled plastic toy figurines, bendable toys and action figures; stuffed, plush, bean-bag and cloth toys; puppets; corrugated playhouses; playing cards; roller- |

| | | | |
|---|---|---|---|
| | | | skates; toy scooters; scale model toy vehicles; wooden toy vehicles in class 028.<br><br>For: Entertainment in the nature stage shows for pre-school aged children; television entertainment in the nature of a series of television shows in the field of pre-school aged children's entertainment; children's entertainment and amusement centers, namely, amusement parks and play areas; production of motion picture films and radio and television programs for pre-school aged children; publication of text and graphic works of others online featuring cartoon characters in class 041. |
| 4,872,348 | PEPPA PIG | Dec. 22, 2015 | For: Bleaching preparations and other substances, namely, laundry soap, laundry detergent for laundry use; general purpose cleaning, polishing, and abrasive liquids and powders; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices; aftershave lotions; antiperspirants; baby oil; baby wipes; bath gels; bath powder; blush; body creams, lotions for skin, hair, face, and baby, face powders; breath fresheners; bubble bath; eau de Cologne; deodorants for personal use; cosmetic powders for the face, hands and body; essential oils for personal use; eye liner; eye shadows; eyebrow pencils; face powder; face creams; facial lotions; face masks for cosmetic purposes; facial scrubs; room fragrances |

| | | | incorporating wicks; fragrances for personal use; hair gels; hair conditioners; hair shampoo; hair mousse; hair cream; hair spray; hand cream; hand lotions; soaps for the hand; lip balm; lipsticks; lipstick holders; lip gloss; liquid soaps; make-up; mascara; non-medicated mouthwash; nail care preparations; nail enamel; nail hardeners; nail polish; perfumes; potpourri; scented room sprays; shaving creams; skin soap; talcum powder; eaux de toilette; skin creams; skin moisturizers; sun block preparations; non-medicated sun care preparations in class 003.<br><br>For: Materials for dressings, namely, gauze; medical plasters; portable filled medicine cases, namely, first aid kits; baby food; vitamins for children; herb teas for medicinal purposes; disinfectants for hygiene purposes in class 005.<br><br>For: Tableware, namely, knives, forks and spoons; cutlery, namely, knives, forks and spoons in class 008.<br><br>For: Vehicles, namely, strollers, push bikes; bicycles and parts therefor, namely, seats, brakes, chains, handle bars; scooters; perambulators; safety seats for children for vehicles; boats, in particular rubber dinghies; trailers; vehicular balloons, namely, air balloons; boats; side cars; saddle covers for bicycles or motorcycles; tricycles; mechanical anti-theft devices for vehicles; shopping carts; |
|---|---|---|---|

| | | | electric vehicles, namely, toy cars; rims for bicycle wheels, chains, bells, baskets, handlebars, wheel hubs, dress guards, pedals, pumps, frames, tires, saddles and/or bags for bicycles; direction indicators for vehicles, in particular for bicycles, namely, wind sleeves; repair outfits for inner tubes, namely, patches; luggage racks and/or bags for vehicles, namely, for two-wheeled vehicles; horns, in particular for automobiles; carts; motorcycles and mopeds; stroller covers; hub caps; tires, solid, for vehicle wheels; wheelchairs; rear view mirrors; sleighs for transport purposes; snowmobiles; fitted seat covers for vehicles; wheelbarrows; bicycle stands in class 012.

For: Precious metals and their alloys and goods of precious metals or coated therewith, namely, boxes, charms, key rings, figures, figurines, holiday ornaments, jewellery cases, key chains, ornamental pins, ornaments of precious metal in the nature of jewelry, picture frames; jewellery, precious stones; horological and chronometric instruments; alarm clocks; bracelets; busts of precious metal; pendants; clocks; earrings; jewel cases of precious metal; jewelry chains; key rings of precious metal; lapel pins; necklaces; necktie fasteners; non-monetary coins; ornamental pins; rings; stopwatches; tie clips; tie pins; wall clocks; watch straps; watch cases; watch chains; watches; wedding bands; jewelry |
|---|---|---|---|

| | | | boxes not of metal; key fobs not of metal in class 014.<br><br>For:     Animal skins, hides; trunks and travelling bags; leather shoulder belts, all-purpose carrying bags, purses, umbrellas, parasols, walking sticks; whips, harnesses and saddlery; rucksacks; luggage; luggage tags; overnight bags; change purses; satchels; tote bags; waist pouches; wallets in class 018.<br><br>For: Furniture, mirrors, picture frames; goods of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these materials, namely, drawer pulls; air mattresses for use when camping; bassinets; beds; benches; bookcases; cabinets; chairs; coat racks; computer furniture; computer keyboard trays; cots; couches; decorative mobiles; desks; figurines and statuettes made of bone, plaster, plastic, wax, or wood; flagpoles; footstools; hand fans; hand-held mirrors; lawn furniture; love seats; magazine racks; mattresses; non-Christmas ornaments made of bone, plaster, plastic, wax or wood; ottomans; pedestals; pillows; plant stands made of wire and metal; decorative wall plaques made of plastic or wood; plastic name badges being decorative articles; plastic novelty license plates; plastic cake decorations; sleeping bags; tables; toy boxes; umbrella stands; venetian |

blinds; wind chimes being decorative articles in class 020.

For: Household or kitchen utensils and containers, not of precious metal or coated therewith, namely, pots, pans, pot lids, cups; beverage glassware, goods of porcelain and earthenware, included in this class, namely, pots, pans, lids, cups; mugs, cocktail shakers, butter dishes, lunch boxes, cafetieres, ceramics for household purposes, namely, vases, drinking vessels, bowls, plates and pots, small hand-operated household and kitchen utensils and containers, not of precious metal or coated therewith, namely, skimmers, turners, strainers, graters, sieves, cookware, namely, pots and pans, corkscrews, glass kitchen jars, trays for domestic purposes, dinnerware and tableware, namely, tea services; cups and mugs, tea pots; combs and sponges for household purposes; brushes for washing up; brush-making materials; articles for cleaning purposes, namely, sponges, cloths; steel wool; unworked or semi-worked glass, except glass used in building; all the aforesaid goods included in this class; candle snuffers of precious metal; candlesticks not of precious metal in class 021.

For: Textiles and textile goods, namely, banners, flags, coasters, labels for identifying clothing, quilts, hang tags, wall hangings; bed and plastic table covers; afghans; bath

| | | | linen; blanket throws; bed canopies; bed linen; bed sheets; bed skirts; bed spreads; blanket throws; calico; children's blankets; cloth coasters; cloth doilies; cloth flags; cloth pennants; duvets; curtains; fabrics that may or may not have printed patterns and designs thereon for use in textile applications, namely, the manufacture of flags; felt pennants; golf towels; towels; handkerchiefs; hooded towels; household linen; kitchen towels; pillowcases; quilts; baby blankets; silk blankets; table linen; textile napkins; textile place mats; table napkins of textile; throws and face cloths in class 024.<br><br>For: Carpets; rugs; car floor mats; bath mats; gymnastic mats; plastic floor coverings; wall hangings, not of textile; wallpaper lined with textile in class 027.<br><br>For: Meat, fish, poultry and game; meat extracts; preserved, frozen, dried and cooked fruits and vegetables; jellies, jams, compotes; eggs; milk; milk products excluding ice cream, ice milk and frozen yogurt; edible oils and fats in class 029.<br><br>For: Coffee; tea; cocoa; sugar; rice; tapioca; sago; artificial coffee; flour and preparations made from cereals, namely, breakfast cereals, cereal bars, cereal based snack food, ready-to-eat cereals; bread; pastry; confectionery made of sugar; fruit ices; honey; treacle; yeast, baking-powder; salt; |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | mustard; vinegar; sauces, condiments, namely, chutneys, food condiments consisting primarily of ketchup and salsa, savory sauces used as condiments; spices in class 030.<br><br>For: Beers; mineral, and aerated waters, and other non-alcoholic beverages, namely, lemonade; fruit beverages, and fruit juices; syrups for making beverages; and other preparations for making beverages, namely, fruit drinks, lemonade in class 032.<br><br>For: Product merchandising; sales promotion, for others, in particular marketing and promotion of goods and services of all kinds, including via online portals; online retail store services featuring audio, audiovisual, musical, multimedia and video content and associated merchandise in class 035.<br><br>For: telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of broadband optical or wireless networks; providing voice chat services and chat rooms on the internet; internet provider services, namely, the leasing and arranging of access time to data networks, in particular to the internet; hotline or call center telephone services; providing press services in connection with online services, namely, the gathering, supplying and transmission of messages and information of all |

| | | | | kinds, being online press agency services, including on-demand services and other electronic media services; providing access to the internet; telecommunications, in particular computer-aided electronic information and communication services, included in this class, for public and private users, namely, computer-aided transmission of information and images; sound, image and data transmission by cable, satellite, computer, computer network, telephone, ISDN and DSL lines; radio and television broadcasting; news and general information agencies, being press agency services, including electronic agencies, and broadcasting of television and radio programs on the World Wide Web, and broadcasting of television and radio programs by cable, satellite and other media; internet provider services; providing access to computer databases, in particular on the internet and/or intranets; providing access to licensed content on the internet by means of content syndication for customers; providing access to computer programs on data networks in class 038. |
| 3,506,452 |  | | Sept. 23, 2008 | For: DVDs featuring pre-school aged children's educational and entertainment matter, games, music, images, and animated cartoons in class 009. |

| 4,783,931 |  | Aug. 4, 2015 | For: Bleaching preparations for laundry use; fabric softeners for laundry use; general purpose cleaning, polishing, degreasing and abrasive preparations; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices; aftershave lotions; antiperspirants; essential oils for use in aromatherapy; baby oil; baby wipes; bath gels; bath powder; blush; body creams, lotions, and powders; breath fresheners; bubble bath; eau de cologne; personal deodorants; cosmetic powders for the face, hands and body; essential oils for personal use; eye liner; eye shadows; eyebrow pencils; face powder; face creams; facial lotions; facial masks for cosmetic purposes; facial scrubs; room fragrances incorporating wicks; fragrances for personal use; hair gels; hair conditioners; hair shampoo; hair mousse; hair cream; hair spray; hand cream; hand lotions; soaps for the hand; lip balm; lipsticks; lip gloss; liquid soaps; make-up; mascara; non-medicated mouthwash; nail care preparations; nail enamel; nail hardeners; nail polish; perfumes; potpourri; scented room sprays; shaving creams; skin soap; talcum powder; eaux de toilette; skin creams; skin moisturizers; sun blocking preparations; non-medicated sun care preparations; lipstick holders in class 003.<br><br>For: DVDs featuring pre-school aged children's educational and entertainment matter, games, music, |
|---|---|---|---|

| | | | images, and animated cartoons and programs; pre-recorded video cassettes featuring children's educational and entertainment matter; fire extinguishing apparatus; apparatus for recording, transmission or reproduction of sound or images; blank magnetic data carriers; audio recording discs featuring children's educational and entertainment matter, games, music; data-processors; computers; sound recordings featuring children's educational and entertainment matter, games, music; audio recordings featuring music; video recordings featuring children's educational and entertainment matter, games, music, images, and animated cartoons; downloadable ring tones, music, mp3 files featuring music, graphics and video files featuring children's educational and entertainment matter, games, music, images, and animated cartoons, all for wireless communications devices; computer game programs; video game software; computer game programs downloadable via the Internet; video game cartridges; video game programs recorded on floppy discs, CD-ROMs, cassettes, tapes and mini discs; compact disc players; compact discs featuring children's educational and entertainment matter, games, music, images, and animated cartoons; DVD players; computer software for children's educational and entertainment matter, games, music, images, and animated cartoons; downloadable computer programs for |
|---|---|---|---|

children's educational and entertainment matter, games, music, images, and animated cartoons; exposed photographic film; cassette players; magic lanterns; sunglasses, spectacle frames; phonograph records featuring children's educational and entertainment matter, games, music; life jackets; recording and playing devices for sound and image carriers; portable stereos; pre-recorded videotapes featuring children's educational and entertainment matter; pre-recorded video cassettes featuring children's educational and entertainment matter; video recorders; mechanisms for coin-operated apparatus; cash registers; calculating machines in class 009.

For: Paper; cardboard; goods made from paper or cardboard, namely, books, booklets, drawing and coloring books, comic books, magazines, activity books and song books, all in the field of pre-school aged children's education and entertainment; stationery, notebooks and writing pads, calendars; photographic products, namely, photographic prints; printed matter, namely, printed paper napkins, printed paper tablecloths and printed paper mats, printed stickers and iron-on and plastic transfers printed postcards and printed greetings cards; pamphlets, books, newspapers, periodicals, magazines, brochures, catalogues and promotional pamphlets, all in the field of children's education and entertainment; book

| | | | binding materials; sheet music; telephone calling cards and credit cards, without magnetic coding; chromolithographs; photographs; pictures; graphic representations; printed instructional and teaching material in the field of pre-school aged children's education and entertainment; posters; greeting cards; postcards; picture cards; transfers and stickers; photograph albums; collectors' albums in the nature of stamp albums; stationery products, namely, envelopes; adhesive tapes for household decoration and stationery purposes; artists' materials, namely, pens, pencils and crayons, pen and pencil cases; molds for modeling clays; drawing, painting and modelling goods, namely, modeling compounds; re-usable and air-drying compounds for modeling, arts and craft finger paint kits; drawing and painting implements, namely, square rulers; paintbrushes; adhesives and adhesive strips for stationery or household purposes; typewriters; office requisites, namely, rubber bands; printed instructional and teaching material in the field of literacy and math; diaries; calendars; bookmarks; kitchen towels of paper; paper towels; geographical maps; maps; beer mats, namely, coasters of paper or cardboard; address stamps; loose-leaf binders for office use; paper file jackets; paper napkins; sheets of reclaimed cellulose for wrapping; filter paper; paper and cardboard containers; paper and cardboard |
|---|---|---|---|

|  |  |  | pouches for packaging; paper and cardboard bags for packaging; absorbent sheets of paper for foodstuff packaging; plastic bags, film, foil for packaging; printers' type; printing blocks; adhesive tapes for stationery or household purposes; letter openers of precious metal in class 016.<br><br>For: Animal skins; animal hides; trunks and travelling bags; leather shoulder belts; all-purpose carrying, duffel, book, sports, diaper, key, school and wheeled bags; cosmetic bags sold empty; handbags; purses; umbrellas; parasols; walking sticks; whips; harnesses and saddlery; rucksacks; luggage; luggage tags; overnight bags; change purses; satchels; canvas, leather, mesh and textile shopping bags; tote bags; waist pouches; wallets; leather and imitation leather in class 018.<br><br>For: Household or kitchen utensils, namely, pots, pans, lids for pots and pans, cups, pot and pan scrapers, rolling pins, spatulas, turners and whisks; household and kitchen containers; beverage glassware; goods of porcelain and earthenware, namely, pots, pans, lids for pots and pans, and cups; mugs; cocktail shakers; butter dishes; lunch boxes; non-electric cafetieres; ceramics for household purposes, namely, vases, vessels, bowls, plates and pots; small hand-operated household and kitchen utensils, namely, skimmers, turners, strainers, graters, sieves; household |
|---|---|---|---|

|  |  |  | and kitchen containers; cookware, namely, pots and pans; non-electric cooking utensils, namely, wire baskets; corkscrews; kitchen glass jars; serving trays; dinnerware; cups; tea pots; combs; sponges for household purposes; hair brushes; brushes for washing up; brush-making materials; articles for cleaning purposes; steel wool; unworked or semi-worked glass, except glass used in building; candle snuffers of precious metal; candlesticks not of precious metal; gloves for household purposes; oven cleaning cloths; barbecue mitts in class 021. <br><br> For: Textiles and textile goods, namely, coasters, labels for identifying clothing, quilts, hang tags, wall hangings; bed covers; table covers, namely, textile and plastic tablecloths; afghans; bath linen; bed, sofa and children's blankets; bed canopies; bed linen; bed sheets; bed skirts; bed spreads; blanket throws; calico; children's blankets; cloth coasters; cloth doilies; cloth flags; cloth pennants; duvets; curtains; fabric flags; felt pennants; golf towels; towels; handkerchiefs; hooded towels; household linen; kitchen towels; pillowcases; quilts; baby blankets; silk blankets; table linen; textile table napkins; textile place mats; table napkins of textile; throws; face cloths; banners and flags of textile in class 024. |
|---|---|---|---|

| | | | For: Clothing, namely, shirts, ties, pants, sweaters, jackets, coats, shorts, t-shirts, sweatshirts, sweatpants, undershirts, underwear, socks, pajamas, belts, caps, hats, vests, scarves, gloves; footwear; headwear; leather belts; bolo ties with precious metal tips in class 025.<br><br>For: Games, playthings and toys, namely, travel board games, handheld non-electronic skill games, tabletop games, travel size electronic games for the teaching of children, children's multiple activity toys, role playing games, trivia and question and answer games played with cards and game components, chess games, card games, yo-yos, action skill games, dice games, target games, hand held unit for playing electronic games, hand held unit for playing video games, hand held games with liquid crystal displays; electronic and non-electronic puzzles and puzzle games; hand-held, tabletop, and travel-size jigsaw puzzles; playground balls for games; dolls and toys, namely, articulated and non-articulated dolls, toy figures, modeled plastic toy figurines, bendable toys and action figures; stuffed and plush toys; toy bean bags; and cloth toys, namely, dolls; toy costume masks; puppets; corrugated playhouses; roller-skates; toy scooters; scale model toy vehicles; wooden toy vehicles; diecast toy vehicles; playing cards and card games; gymnastic and sporting articles, namely, horizontal bars; |
|---|---|---|---|

| | | | decorations for Christmas trees, except illumination articles and confectionery; action skill games; action figures and accessories therefor; board games; card games; children's multiple activity toys; badminton sets; balloons; basketballs; bath toys; baseballs; beach balls; bean bag dolls; toy building blocks; bowling balls; chess sets; Christmas stockings; collectable toy figures; crib mobiles; crib toys; tossing disc toys; dolls; doll clothing; accessories for dolls; doll playsets; electric action toys; equipment sold as a unit for playing card games; fishing tackle; golf balls; golf gloves; golf ball markers; hand held unit for playing electronic games; hockey pucks; inflatable toys; puzzles; jump ropes; kites; magic tricks; marbles; manipulative games; mechanical toys; music box toys; musical toys; parlor games; party games; soft sculpture toys; puppets; roller skates; rubber action balls; skateboards; soccer balls; spinning tops; squeeze toys; stuffed toys; table tennis tables; target games; teddy bears; tennis balls; toy action figures; toy bucket and shovel sets; toy mobiles; toy vehicles; toy scooters; toy cars; toy model hobbycraft kits; toy figures; toy banks; toy trucks; toy watches; wind up toys; yo-yos; water-wings; swimming belts; video game machines for use with external display screens or monitors only; amusement apparatus adapted for use with television receivers only; children's play cosmetics in class 028. |
| --- | --- | --- | --- |

| | | | For: Meat, fish, poultry and game, not live; meat extracts; preserved, frozen, dried and cooked fruits and vegetables; jellies; jams; compotes; eggs; milk; milk products excluding ice cream, ice milk and frozen yogurt; edible oils and fats in class 029.<br><br>For: Coffee; tea; cocoa; sugar; rice; tapioca; sago; artificial coffee; flour; preparations made from cereals, namely, bread; pastry; confectionery, namely, candy; edible, flavored ices; honey; treacle; yeast; baking powder; salt; mustard; vinegar; sauces being condiments; spices in class 030.<br><br>For:    Beers; mineral, and aerated waters; non-alcoholic beverages, namely, lemonade; fruit beverages; fruit juices; syrups and powders for making beverages in class 032.<br><br>For: Education services, namely, providing courses of instruction at the pre-school level; training services in the field of instruction at the pre-school level; entertainment in the nature of circuses and stage shows for pre-school aged children; television entertainment in the nature of a series of television shows in the field of pre-school aged children's entertainment; children's entertainment and amusement centers, namely, amusement parks and play areas; organizing community sporting and cultural events; editing and production of film and television, radio and |
|---|---|---|---|

| | | | multimedia programs; entertainment services, namely, providing an ongoing radio program for pre-school aged children; organizing live exhibitions and conferences in the fields of culture, sports and entertainment for non-business and non-commercial purposes; entertainment services in the nature of live musical performances; arranging of concerts; photography services; providing recreation facilities in class 041. |
|---|---|---|---|

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that eOne's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.  Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.  using the PEPPA PIG Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine eOne product or not authorized by eOne to be sold in connection with the PEPPA PIG Trademarks;

b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Peppa Pig Copyrighted Designs in any manner without the express authorization of eOne;

c. passing off, inducing, or enabling others to sell or pass off any product as a genuine eOne product or any other product produced by eOne, that is not eOne's or not produced under the authorization, control or supervision of eOne and approved by eOne for sale under the PEPPA PIG Trademarks and/or the Peppa Pig Copyrighted Designs;

d. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of eOne, or are sponsored by, approved by, or otherwise connected with eOne;

e. further infringing the PEPPA PIG Trademarks and/or the Peppa Pig Copyrighted Designs and damaging eOne's goodwill; and

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for eOne, nor authorized by eOne to be sold or offered for sale, and which bear any of eOne's trademarks, including the PEPPA PIG Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Peppa Pig Copyrighted Designs.

2. Upon eOne's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com

("Wish.com"), and Dhgate (collectively, the "Third Party Providers") shall, within ten (10) business days of receipt of this Order, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the PEPPA PIG Trademarks and/or which bear unauthorized copies of the Peppa Pig Copyrighted Designs.

3.    Pursuant to 15 U.S.C. § 1117(c)(2), eOne is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred thousand dollars ($200,000) for willful use of counterfeit PEPPA PIG Trademarks on products sold through at least the Defaulting Defendants' Online Marketplaces. The two hundred thousand dollar ($200,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A. This damages award is a reasonable balance between providing some measure of compensation and deterrence, without crossing the line into over-deterrence.

4.    Pursuant to 17 U.S.C. § 504(c)(2), eOne is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful copyright infringement of the Peppa Pig Copyrighted Designs. The fifty thousand dollar ($50,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A. This amount is appropriate because the copyright violation is not particularly the generator of damages; the trademark violation is primary. Consumers are not buying the creative image, that is, the work protected by copyright. So the copyright violation is not nearly as important as the trademark violation, which is what really causes the false designation of the source of the goods.

5.      eOne may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, and Amazon Pay, by e-mail delivery to the e-mail addresses eOne used to serve the Temporary Restraining Order on the Third Party Providers.

6.      Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

7.      All monies, up to the above identified statutory damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are hereby released to eOne as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are ordered to release to eOne the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

8.      Until eOne has recovered full payment of monies owed to it by any Defaulting Defendant, eOne shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall within ten (10) business days:

a.  locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Niall Trainor, and any e-mail addresses provided for Defaulting Defendants by Third Party Providers;

b.  restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.  release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to eOne as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9.   In the event that eOne identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, eOne may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Niall Trainor and any e-mail addresses provided for Defaulting Defendants by third parties.

10.  The ten thousand dollar ($10,000) cash bond posted by eOne, including any interest minus the registry fee, is hereby released to eOne or its counsel, Greer, Burns & Crain, Ltd.  The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to eOne or its counsel by check made out to the Greer Burns & Crain IOLTA account.

11.     A copy of this Order will be provided to Defendants in the same manner that all other

notices and orders have been provided.

This is a Final Judgment.


Date:  2/9/2021                                        _____
                                                       United States District Judge
                                                       Franklin U. Valderrama

Entertainment One UK Ltd. v. VODIU CLOTH STORE, et al. - Case No. 20-cv-07273

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Vodiu Cloth Store | 2 | Miki antique bronze shop |
| 3 | Ye Ye Ye Store | 4 | Beetle Store |
| 5 | yi yi toy Store | 6 | Shop3851042 Store |
| 7 | Russia stroller Store | 8 | Baby Staff Store |
| 9 | Jinleansu Official Store | 10 | Shop4621004 Store |
| 11 | MIPOZOR China Store | 12 | LuckyBOBI Official Store |
| 13 | AYX Store | 14 | Shop5879273 Store |
| 15 | Shop900248455 Store | 16 | DunMuTang -Official Store |
| 17 | NihuangFairy Store | 18 | Shop910451231 Store |
| 19 | Shop910457102 Store | 20 | beslemeuzmani Store |
| 21 | Shop910736083 Store | 22 | FENGHENGmax |
| 23 | DISMISSED | 24 | DISMISSED |
| 25 | Rachel J Keene | 26 | zhidahuanbaocailiao |
| 27 | Xinzhou(Ships from US) | 28 | hdyaod2020(US Shipping 7-15 Days) |
| 29 | qingyingshangmao1 | 30 | Cheng Shi Ying |
| 31 | Lixiaofen | 32 | SiChuanBaShTeShangMaoYouXianGongSi |
| 33 | Jerald L Howell | 34 | hanchenshikunxuebaihuodian |
| 35 | BEST HOPE | 36 | lianqianmaoyiy |
| 37 | Shenigon | 38 | JIAABAO (8-14 days delivery) |
| 39 | XUANLISSE | 40 | CHARLES WEBSTER |
| 41 | Technolog. Inc | 42 | NOAH MORLEY |
| 43 | Rainbow Stories | 44 | DISMISSED |
| 45 | LMFLY | 46 | SHANNApro |
| 47 | Shandy Crook | 48 | taneidemaoyiyouxiangongsi |
| 49 | HubenN(5-9 days delivery) | 50 | DISMISSED |
| 51 | WENLINGSMI(8-12days delivery) | 52 | JiNanBaiTaiXinXiKeJiYouXianGongSi |
| 53 | ArtLetter | 54 | Zhang WeiXinXiang |
| 55 | DISMISSED | 56 | Aprilee |
| 57 | Yuyao | 58 | Glenn Freeman |
| 59 | dingtianwangluokeji | 60 | caostyle |
| 61 | QUQIshop | 62 | DISMISSED |
| 63 | putshiyezhengdianzishangwuyouxiangongsi | 64 | ZheJiangChenChenJianSheYouXianGongSi |
| 65 | lemonationFF | 66 | Tonimarino |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 67 | DISMISSED | 68 | SHSULANGSE |
| 69 | shaheshijingyingbu | 70 | yunchengkonggang |
| 71 | Foshan Huaying Clothing Co., Ltd | 72 | ZhouKou |
| 73 | STSQF | 74 | VHJVQ |
| 75 | DISMISSED | 76 | DIDILA |
| 77 | LinYiBaoKangJianZhuGongChengYouXian GongSi | 78 | GaoBeiDianShengChaoShangMaoYouXian GongSi |
| 79 | putians hitianxinjinmao yiyouxiangongsi | 80 | DISMISSED |
| 81 | neysaovuw | 82 | SHIYANNA |
| 83 | TANGWWR | 84 | DISMISSED |
| 85 | DISMISSED | 86 | NiSenTech |
| 87 | DTDADAM | 88 | TongChengTangTingBaiHuoDian |
| 89 | DISMISSED | 90 | Meholly |
| 91 | fuzhoushijinan qujuxianyuanhaixianguan | 92 | cooper guncheon |
| 93 | LERANN | 94 | Walaceed |
| 95 | LONSUN | 96 | DISMISSED |
| 97 | tetliq852 | 98 | Guangzhou Zhangfu Trading Co. LTD |
| 99 | Molcom Iron On Patches | 100 | Ginger M Easterling |
| 101 | ZhiZhiPin | 102 | vernell Jenkins |
| 103 | nanxudianzishangwufuwubu | 104 | LINGMAOSEEE |
| 105 | Chengdu Xinchuzhu Technology Co. LTD | 106 | TUdan |
| 107 | therteaunkhge | 108 | LiXiaolan |
| 109 | DongguanFrogAElectronicTechnology | 110 | quanfeng2020 |
| 111 | DISMISSED | 112 | gouhuan |
| 113 | Handmade model | 114 | fnurhu73 |
| 115 | wudongxiumeng | 116 | DISMISSED |
| 117 | cfdscv | 118 | RRROII |
| 119 | DISMISSED | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/1675069 | 2 | aliexpress.com/store/1818656 |
| 3 | aliexpress.com/store/2383023 | 4 | aliexpress.com/store/2852099 |
| 5 | aliexpress.com/store/342501 | 6 | aliexpress.com/store/3851042 |
| 7 | aliexpress.com/store/3998029 | 8 | aliexpress.com/store/4186020 |
| 9 | aliexpress.com/store/4287005 | 10 | aliexpress.com/store/4621004 |
| 11 | aliexpress.com/store/519664 | 12 | aliexpress.com/store/5419030 |
| 13 | aliexpress.com/store/5432114 | 14 | aliexpress.com/store/5879273 |
| 15 | aliexpress.com/store/900248455 | 16 | aliexpress.com/store/910327104 |
| 17 | aliexpress.com/store/910443141 | 18 | aliexpress.com/store/910451231 |
| 19 | aliexpress.com/store/910457102 | 20 | aliexpress.com/store/910554200 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|-----|---------------------|-----|---------------------|
| 21 | aliexpress.com/store/910736083 | 22 | amazon.com/sp?seller=A13V526HDVDJDI |
| 23 | DISMISSED | 24 | DISMISSED |
| 25 | amazon.com/sp?seller=A16RGTGFWCQTSU | 26 | amazon.com/sp?seller=A16W0K79AGDTVE |
| 27 | amazon.com/sp?seller=A174FRMM07D3Z4 | 28 | amazon.com/sp?seller=A1A58N4G0JQ0RL |
| 29 | amazon.com/sp?seller=A1CT2MNQGBUXPZ | 30 | amazon.com/sp?seller=A1DJX95BQZZXFS |
| 31 | amazon.com/sp?seller=A1EGWF8B4Y8KKZ | 32 | amazon.com/sp?seller=A1FNIAQ9MCTEPJ |
| 33 | amazon.com/sp?seller=A1GR4NTFEFD1C9 | 34 | amazon.com/sp?seller=A1K7R3X9RTSAJM |
| 35 | amazon.com/sp?seller=A1LH6YZLTWK46J | 36 | amazon.com/sp?seller=A1PL3Y571NCEGM |
| 37 | amazon.com/sp?seller=A1PLEMFIX806Q2 | 38 | amazon.com/sp?seller=A1PQQ7QH4VQ8UN |
| 39 | amazon.com/sp?seller=A1QU88SZTF8K6K | 40 | amazon.com/sp?seller=A1TG8LX0RCJE0I |
| 41 | amazon.com/sp?seller=A1U209L9OR6BH | 42 | amazon.com/sp?seller=A1U5GO96ALPA36 |
| 43 | amazon.com/sp?seller=A1WQ1FKE6F9P6B | 44 | DISMISSED |
| 45 | amazon.com/sp?seller=A1XOS9CE2XRTO6 | 46 | amazon.com/sp?seller=A1ZMS7XJFYL1NR |
| 47 | amazon.com/sp?seller=A21E4DBJQMPA0G | 48 | amazon.com/sp?seller=A221S9UF6WTXUB |
| 49 | amazon.com/sp?seller=A22ALSVTED4IIF | 50 | DISMISSED |
| 51 | amazon.com/sp?seller=A257VKKN2KJI9S | 52 | amazon.com/sp?seller=A25R91ZC1IAX5Q |
| 53 | amazon.com/sp?seller=A2853HETOJ5XGL | 54 | amazon.com/sp?seller=A28Q1CHHLL15H8 |
| 55 | DISMISSED | 56 | amazon.com/sp?seller=A2E9T4MSP7UKTF |
| 57 | amazon.com/sp?seller=A2G74P60GL020Z | 58 | amazon.com/sp?seller=A2GPFYJD6UEUN6 |
| 59 | amazon.com/sp?seller=A2JWJ0G2PT2MK1 | 60 | amazon.com/sp?seller=A2KRUKLXXKXUGY |
| 61 | amazon.com/sp?seller=A2L00Y8ULXF1K | 62 | DISMISSED |
| 63 | amazon.com/sp?seller=A2O4TAVT2J9RQ7 | 64 | amazon.com/sp?seller=A2PEUGTL24MOJ6 |
| 65 | amazon.com/sp?seller=A2SQC1KPEIZOME | 66 | amazon.com/sp?seller=A2WGGX92E4FVQU |
| 67 | DISMISSED | 68 | amazon.com/sp?seller=A30Q0OU1N55HUW |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 69 | amazon.com/sp?seller=A34A1WB7MGLQ5 | 70 | amazon.com/sp?seller=A34RQRZQI1CMZM |
| 71 | amazon.com/sp?seller=A34UGHQMXC9B1Y | 72 | amazon.com/sp?seller=A36BLFV8JH3NE8 |
| 73 | amazon.com/sp?seller=A387WOGZ2GQP1B | 74 | amazon.com/sp?seller=A39ZFEUBM2ALH9 |
| 75 | DISMISSED | 76 | amazon.com/sp?seller=A3CABBC3AA48G7 |
| 77 | amazon.com/sp?seller=A3ED7AM9FKUJHK | 78 | amazon.com/sp?seller=A3EL5V80DBYZSS |
| 79 | amazon.com/sp?seller=A3EM65K4BR3PHH | 80 | DISMISSED |
| 81 | amazon.com/sp?seller=A3F2TJO2NTWW0Z | 82 | amazon.com/sp?seller=A3JE53JCFCWOO5 |
| 83 | amazon.com/sp?seller=A3KSD7DDXM0C9J | 84 | DISMISSED |
| 85 | DISMISSED | 86 | amazon.com/sp?seller=A3OY28PT8XJCTW |
| 87 | amazon.com/sp?seller=A3RQT7R7ZFLJU3 | 88 | amazon.com/sp?seller=A3VBR8FW58Y5DW |
| 89 | DISMISSED | 90 | amazon.com/sp?seller=A4KR3ST0GJLA8 |
| 91 | amazon.com/sp?seller=A4N6AH4FL6NFP | 92 | amazon.com/sp?seller=A5INRBA21G81O |
| 93 | amazon.com/sp?seller=A6Y7FQBE2AU69 | 94 | amazon.com/sp?seller=A7L0DCEOZM5CO |
| 95 | amazon.com/sp?seller=A8AUN52VV5UKJ | 96 | DISMISSED |
| 97 | amazon.com/sp?seller=A8FE0BXNKRBGV | 98 | amazon.com/sp?seller=AA6OFBY3OQKJE |
| 99 | amazon.com/sp?seller=AC1BMICYK6WUG | 100 | amazon.com/sp?seller=ADEQ05FMCV6N |
| 101 | amazon.com/sp?seller=AEYG9HPKQIE7C | 102 | amazon.com/sp?seller=AFU7VQ6BTDOAJ |
| 103 | amazon.com/sp?seller=AIC5IEQPOD3I | 104 | amazon.com/sp?seller=AIW6KJLEXUWA6 |
| 105 | amazon.com/sp?seller=AKK6XG5TZS97W | 106 | amazon.com/sp?seller=APEN327QKFGVD |
| 107 | amazon.com/sp?seller=AUEQ5FBS4GG83 | 108 | amazon.com/sp?seller=AWFJ0VXZ02E5J |
| 109 | amazon.com/sp?seller=AXMBLCKXZJ6ZR | 110 | ebay.com/usr/quanfeng2020 |
| 111 | DISMISSED | 112 | wish.com/merchant/5967483f366c0606d9480866 |
| 113 | wish.com/merchant/5da821f5ef222f15b142033e | 114 | wish.com/merchant/5e535280397cba33c012d891 |
| 115 | wish.com/merchant/5e5e53b030477ea050838c9f | 116 | DISMISSED |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 117 | wish.com/merchant/5e858e22b5a90804 00de86db | 118 | wish.com/merchant/5e9135cbbdebf437 28041eab |
| 119 | DISMISSED | | |